May Term, 1861.<br>
CITY OF · LAWRENCE-<br>BURG<br>v.<br>WUEST.

---

THE CITY OF LAWRENCEBURG *v.* WUEST.

Cities are vested by the general law for their incorporation with power to exact, by ordinance, a license for retailing intoxicating liquors within their limits; and such ordinance would be consistent with the general laws of the State.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—Cities are vested by the general law for their incorporation in this State, with power to exact by ordinance a license for the prosecution of the business of retailing intoxicating liquors within their limits. And such ordinance would be consistent with the general laws of the State. *Waldo* v. *Wallace*, 12 Ind. 581, *et seq.; Anderson* v. *The Kerns Draining Co.*, 14 Ind. 199; *Thomasson* v. *The State*, 15 Ind. 449; *Smith* v. *The City of Madison*, 7 Ind. 86.

The judgment is reversed, with costs. Cause remanded to be dismissed.

*B. J. Spooner* and *J. Schwartz*, for the appellant.

*Carter Gazlay*, for the appellees.

VOL. XVI.—22

Saturday, June 8.